UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per ___

Jonathan Lee Riches©,　　　　1:07-CV-2315
Plaintiff
　　　　　　　　　　　　　　　Civil No:

v.

The World Money Show d/b/a www.worldmoneyshow.com,
Defendants

Complaint

Comes Now the Plaintiff, Jonathan Lee Riches© under 42 USC 1983 and a TRO. The world money show takes place every Feb. Its a Forum to invest in Correction Corporation of America Stock "CCA", but conspiracys excist because "CCA" shareholders want good profit margins, So I'm in a "CCA" prison at FCI Williamsburg. The Money show took the greenback away from the budget here, cost cutting. This forum supports me not getting fed. I get 95 calories a day Liquid, I have to wear used boxers, and socks on my arms. Illegal immigrants will be at this forum, Ice needs to conduct a Raid under the whistle blowing act. Cyber thieves are also Lurking with hacking wi-fi intercepts, the family of Charles Ponzi will make connections. Marc Rich the fugitive will be here. Michael Milken selling Junk Bonds, and Ken Lay sitings. I seek a restraining order and $10 million in damages.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590



FLORENCE SC 295
18 DEC 2007 PM 1 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut Street
Harrisburg, PA 17108

17108+3800

Legal Mail